```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United State Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
```
IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:97-CR-05242 OWW |
| Plaintiff, ) | GOVERNMENT'S MOTION AND ORDER FOR DISMISSAL OF INDICTMENT |
| v. ) | |
| ELEAZAR MENDOZA HERNANDEZ and ) MIGUEL ESPINOZA, ) | |
| Defendants. ) | |
| _____ ) | |

The government, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment against the above named defendants only, in the interest of justice. The defendants have been a fugitive for more than ten years. The investigating agency has requested that the case be dismissed and the warrant recalled, so that they can close their case.

DATED: June 2, 2011                 Respectfully submitted,

1

```
                            BENJAMIN B. WAGNER
                            United States Attorney

                        By /s/ Karen A. Escobar
                            KAREN A. ESCOBAR
                            Assistant U.S. Attorney


                            O R D E R


     IT IS HEREBY ORDERED that the Indictment against the above
named defendants is hereby dismissed and the warrants recalled.

IT IS SO ORDERED.
```

**Dated:   June 2, 2011**                      /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE